FILED
COURT OF APPEALS DIV 1
STATE OF WASHINGTON

2015 MAY 18 AM 11: 29



# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, ) | DIVISION ONE |
| Respondent, ) | |
| ) | No. 71906-8-I |
| v. ) | |
| ) | |
| MILAN STRIBRNY, JR., ) | UNPUBLISHED OPINION |
| ) | |
| Appellant. ) | FILED: MAY 1 8 2015 |

PER CURIAM — Milan Stribrny, Jr. appeals his convictions for malicious mischief, making a false or misleading statement to a public servant, and obstructing a law enforcement officer. He contends, and the State concedes, that the non-felony obstructing conviction is not supported by sufficient evidence because his false statements alone were insufficient to support the conviction. State v. Williams, 171 Wn.2d 474, 486, 251 P.3d 877 (2011). We accept the concession of error and vacate the conviction. Stribrny also contends the court erred in failing to enter written CrR 3.5 findings and conclusions and we must remand for their entry. The trial court belatedly entered the findings and conclusions, however, and Stribrny has not alleged any prejudice from their delayed entry. Accordingly, he fails to demonstrate grounds for relief. State v. Gaddy, 114 Wn. App. 702, 705, 60 P.3d 116 (2002), aff'd, 152 Wn.2d 64, 93 P.3d 872 (2004).

Affirmed in part, reversed in part, and remanded for vacation of the obstructing conviction.

FOR THE COURT:

-2-